IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| v. | §   MISC. ACTION NO. H-09-302 |
| | § |
| MICHAEL E. BOULANGER | § |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION COMPELLING COMPLIANCE WITH SUMMONS**

This court has reviewed the Memorandum and Recommendation of the United States Magistrate Judge signed on September 4, 2009 as well as the objections filed on September 18, 2009, and has made a *de novo* determination of the Magistrate Judge's recommended disposition. Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). This court finds that the Memorandum and Recommendation should be, and is, adopted as this court's Memorandum and Order. Michael E. Boulanger is ordered to comply with the summons. Because the original date set in the Memorandum and Recommendation has passed, the court orders that Michael E. Boulanger appear on November 13, 2009, at 8:30 a.m. at 8701 Gessner, Houston, Texas, before Internal Service Officer Annette Thompson or a designated agent, and produce the records and testimony called for in the summons.

SIGNED on October 28, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge